IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| IN RE: ) | |
| ) | No. 3:20-bk-01132 |
| AFFILIATED CREDITORS, INC. ) | Judge Charles M. Walker |
| ) | Chapter 11 |
| Debtor. ) | |

### NOTICE OF ENTRY OF APPEARANCE AND
### REQUEST FOR BANKRUPTCY NOTICES

The undersigned hereby enters an appearance as counsel for Vanderbilt University Medical Center, a creditor or party in interest in the above-captioned proceeding, on behalf of such party hereby requests that all matters which must be noticed to creditors, any creditors' committee, and any other parties in interest, and all other case notices, whether sent by the Court, the Trustee, the Debtor or any other party in this case, be sent to the undersigned at the following address, and the following be added to the Court's master mailing list:

> William H. Tate, Esq.
> HOWARD TATE SOWELL WILSON LEATHERS & JOHNSON, PLLC
> 201 Fourth Avenue North, Suite 1900
> Nashville, Tennessee 37219
> 615-256-1125 Telephone
> 615-244-5467 Fax

This the 16th day of March 2020.

> Respectfully submitted,
>
> **HOWARD TATE SOWELL WILSON**
> **LEATHERS & JOHNSON, PLLC**
>
> *s/William H. Tate*_____
> William H. Tate (#6797)
> 201 Fourth Avenue North, Suite 1900
> Nashville, Tennessee 37219
> (615) 256-1125
> whtate@howardtatelaw.com
> *Attorney for Defendant Vanderbilt University Medical Center*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon those parties electronically served by the ECF System of the U.S. Bankruptcy Court for the Middle District of Tennessee on this 16th day of March 2020.

s/William H. Tate
William H. Tate